

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00002-CV

**IN THE INTEREST OF J.J.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-PA-02163
Honorable Richard Garcia, Judge Presiding

Opinion by:    Karen Angelini, Justice

Sitting:    Karen Angelini, Justice
Marialyn Barnard, Justice
Patricia O. Alvarez, Justice

Delivered and Filed:  May 29, 2013

AFFIRMED

This is an accelerated appeal from an order in a suit brought by the Department of Family and Protective Services to terminate appellant's parental rights. *See* TEX. FAM. CODE ANN. § 263.405 (West Supp. 2012). In its final order, the trial court did not terminate appellant's parental rights, but appointed the maternal grandparents permanent managing conservators of the child. Appellant and respondent-mother were named possessory conservators. After appellant filed a notice of appeal, appellant's court-appointed appellate attorney filed a brief containing a professional evaluation of the record and demonstrating that there are no arguable grounds to be advanced. Counsel concluded that the appeal is frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967). *See In re R.R.*, No. 04-03-00096-CV, 2003 WL 21157944, at *4 (Tex. App.—San Antonio 2003, order) (applying *Anders* procedure in

appeal from order terminating parental rights), *disp. on merits*, 2003 WL 22080522 (Tex. App.—San Antonio 2003, no pet.).

Counsel certified that a copy of his brief was delivered to appellant who was advised of his right to examine the record and to file a pro se brief. No pro se brief has been filed. After reviewing the record, we agree that the appeal is frivolous and without merit. The order of the trial court is affirmed, and counsel's motion to withdraw is granted.

Karen Angelini, Justice